IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL TEXTRON INC. | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:22-cv-00646-P |
| | § | |
| TREVOR MILTON, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), plaintiff, Bell Textron Inc., dismisses without prejudice all the claims it asserted in this case against defendant, Trevor Milton, who agrees to this stipulation, as is evidenced by his lawyer's signature below. This stipulation dismisses without prejudice all claims by all parties.

| | |
|---|---|
| Dated:  October 24, 2022 | Respectfully submitted,<br><br>*/s/ Lars L. Berg*<br>Lars L. Berg<br>State Bar No. 00787072<br>J. Austin Franklin<br>State Bar No. 24075853<br>Joakim G. Soederbaum<br>State Bar No. 24091338<br>Christian R. Martinez<br>State Bar No. 24126138<br>**KELLY HART & HALLMAN LLP**<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Tel.: (817) 332-2500<br>Fax: (817) 878-9280<br>lars.berg@kellyhart.com<br>austin.franklin@kellyhart.com<br>joakim.soederbaum@kellyhart.com<br>christian.martinez@kellyhart.com<br><br>**ATTORNEYS FOR PLAINTIFF BELL TEXTRON INC.**<br><br>*/s/Michael S. Gardner*<br>Michael S. Gardner<br>State Bar No. 24002122<br>mg@gardnerhaas.com<br>Kenneth N. Hickox, Jr.<br>State Bar No. 24045194<br>ac@gardnerhaas.com<br>**GARDNER HAAS PLLC**<br>2501 North Harwood Street<br>Suite 1250<br>Dallas, Texas 75201<br>Telephone: (214) 712-8280<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2022, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

                                            */s/ Lars L. Berg*
                                            Lars L. Berg